FILED

11/30/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN THE SUPREME COURT OF THE STATE OF MONTANA

PR 06-0422

IN THE MATTER OF THE PETITION OF IGOR
S. LENZNER

FILED

NOV 30 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Igor S. Lenzner has petitioned the Court to waive the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE) for purposes of Lenzner's application for admission by motion to the State Bar of Montana. By rule, applicants for admission by motion must provide evidence of the requisite score on an MPRE taken "within three years preceding the date of the application for admission." Rule IV.A.3, Rules of Admission.

Lenzner passed the MPRE in 1992 when seeking admission to the practice of law in Wisconsin. Lenzner is a member in good standing of the State Bar of Wisconsin since 1992, the State Bar of Minnesota since 1993, and the State Bar of North Dakota. The petition states that Lenzner has been practicing law "ethically and without incident" and will attend the Montana Law Seminar. Good cause appearing,

IT IS HEREBY ORDERED that the petition of Igor S. Lenzner to waive the three-year test requirement for the MPRE for purposes of Lenzner's current application for admission by motion to the State Bar of Montana is GRANTED.

The Clerk shall mail a copy of this order to Petitioner and to the Administrator of the Board of Bar Examiners at the State Bar of Montana.

DATED this 30 day of November, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____

Justices